EXHIBIT 7

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    FOR THE COUNTY OF LOS ANGELES
 3     DEPARTMENT NO. 322    HON. WILLIAM F. HIGHBERGER, JUDGE
 4     LUIS GUTIERREZ,              )
                                    )
 5          PLAINTIFF,               )
                                    )
 6          VS.                     )  NO. BC400560
                                    )
 7     THOMAS V. GIRARDI, ET AL.,   )
                                    )
 8          DEFENDANTS.             )
       _____)
 9
10
11
12
13               REPORTER'S TRANSCRIPT OF PROCEEDINGS
14                  THURSDAY, FEBRUARY 11, 2016
15
16
17     APPEARANCES:
18     FOR PLAINTIFF:           THE DION-KINDEM LAW FIRM
                                BY:  PETER R. DION-KINDEM
19                              21550 OXNARD STREET
                                SUITE 900
20                              WOODLAND HILLS, CA   91367
                                (818) 883-4900
21
       FOR DEFENDANTS:          GIRARDI & KEESE
22                              BY:  ROBERT W. FINNERTY
                                1126 WILSHIRE BOULEVARD
23                              LOS ANGELES, CA   90017
                                (213) 977-0211
24
25
26
27
       CCROLA JOB              DANA SHELLEY, RPR, CSR #10177
28     NO. 125959              OFFICIAL REPORTER PRO TEM
```

1    SO IF HE'S COMMITTING FRAUD ON MY CLIENT AND
2 NOW SAYING, "EVEN THOUGH I DEFRAUDED YOUR CLIENT BY NOT
3 DISCLOSING ANZURES, I CAN TAKE THE BENEFIT OF MY FRAUD,
4 HIDING THAT FROM YOU.  AND NOW YOU'VE WAITED TOO LONG,
5 EVEN THOUGH I HID IT FROM YOU," IS THAT RIGHT?  HOW DOES
6 THAT WORK?  THERE'S NO WAY THAT'S RIGHT.
7    SO WE HAVE THE ELEMENTS OF OUR THIRD AMENDED
8 COMPLAINT, NOT LABELS.  I THINK YOU'RE GETTING HUNG UP
9 WITH THE LABELS, FRANKLY, YOUR HONOR.  IT'S NOT THE
10 LABEL.  YOU KNOW THIS.  THE LAW IS CLEAR.  LOOK TO THE
11 SUBSTANCE OF THE ALLEGATIONS.
12    AN ATTORNEY WHO BREACHES HIS FIDUCIARY DUTY
13 CAN ALSO BE GUILTY OF COMMON LAW FRAUD IF HE CONCEALS
14 IT.  AND THAT'S WHAT WE'VE ALLEGED IN OUR COMPLAINT.
15    IN THE DEMURRER, THEY ONLY ATTACKED THE
16 STATUTE OF LIMITATIONS BASED ON THIS IMPUTED KNOWLEDGE.
17 AND YOUR HONOR REJECTED THAT, BECAUSE THERE'S NO
18 EVIDENCE IN THE RECORD -- CERTAINLY, IN THE COMPLAINT;
19 OR ANY EVIDENTIARY RECORD AT TIME OF TRIAL -- THAT MR.
20 GUTIERREZ HAD HIRED MR. LARSON OR MR. MC INTYRE TO
21 PURSUE CLAIMS AGAINST MR. GIRARDI.
22    AND THE FACT IS, IF, IN FACT, AS MR.
23 FINNERTY CLAIMS, THAT MR. GUTIERREZ MUST HAVE BEEN AWARE
24 OF IT, WELL, THAT'S A FACTUAL ISSUE.  WAS HE OR WASN'T
25 HE?
26    IF HE WAS AWARE OF IT, WHY DIDN'T HE JOIN AT
27 THAT TIME?  I MEAN, HE JOINED WHEN I FOUND HIM.  SO IF
28 HE WAS, IN FACT, AWARE OF IT AND OTHER ATTORNEYS WERE

1  SUING HIM, WHY WOULDN'T HE JOIN AT THAT TIME?
2  THE FACT IS, HE DIDN'T JOIN AT THAT TIME.
3  HE DIDN'T KNOW ABOUT IT.  THAT'S WHAT HE TESTIFIED TO IN
4  HIS DEPOSITION.  HE FOUND OUT FROM ME BECAUSE I FOUND
5  OUT THROUGH MR. PEDROZA, AND I GOT THE COPY OF THE
6  COMPLAINT.
7  AND I SAID, "OKAY.  GIRARDI & KEESE IS
8  DEFRAUDING 80 PEOPLE, ACCORDING TO MC INTYRE, BY DOING
9  THIS.  IF HE'S DOING IT TO 80 PEOPLE, HE'S DOING IT TO
10  ALL 625."
11  AND THEN I CONTACTED -- THE EVIDENCE IS, I
12  CONTACTED MR. GUTIERREZ AND SAID, "WERE YOU AWARE OF
13  THIS?"
14  "NO."
15  I SAID, "ARE YOU INTERESTED IN FINDING OUT
16  WHAT HAPPENED TO YOUR MONEY?"
17  "YEAH."
18  WE FILED A LAWSUIT.
19  OKAY.  SO IT'S NOT LIKE MR. GUTIERREZ FOUND
20  ME, HE WAS LOOKING FOR SOMEBODY.  HE HAD NO IDEA.  AND
21  THERE'S NO FACTS SHOWING THAT HE HAD ANY IDEA.  THE
22  FACTS ARE, HE ONLY KNEW WHEN I TOLD HIM, WHICH WAS
23  WITHIN A YEAR OF THE TIME WE FILED THE LAWSUIT.
24  SO WE HAVE THE ELEMENTS OF A COMMON LAW
25  FRAUDULENT CONCEALMENT CLAIM.  WE HAVE THE ELEMENTS OF
26  THEIR CONCEALMENT.  IN PARAGRAPH 47, WE SAY THEY
27  WILLFULLY CONCEALED THEIR FRAUDULENT CONDUCT.  IN
28  VIOLATION OF THEIR FIDUCIARY DUTY, DEFENDANTS WILLFULLY

|   |   |
|---|---|
| 1 | SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | FOR THE COUNTY OF LOS ANGELES |
| 3 | DEPARTMENT NO. 322    HON. WILLIAM F. HIGHBERGER, JUDGE |

LUIS GUTIERREZ,              )
                             )
     PLAINTIFF,              )
                             )
  VS.                        )   NO. BC400560
                             )
THOMAS V. GIRARDI, ET AL.,   )
                             )
     DEFENDANTS.             )
_____)

REPORTER'S CERTIFICATE

 I, DANA L. SHELLEY, RPR, CSR NO. 10177, DO HEREBY CERTIFY THAT THE FOREGOING PAGES, 1 THROUGH 102, COMPRISE A FULL, TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER ON THURSDAY, FEBRUARY 11, 2016.

 DATED FEBRUARY 13, 2016.

*Dana Shelley*
_____
OFFICIAL REPORTER PRO TEM