EXHIBIT 8

# FULL RELEASE OF CLAIMS
## FOR PERSONAL INJURY AND WRONGFUL DEATH

RECEIVED
FEB 24 1998
GIRARDI & KEESE

1. **PARTIES TO BE BOUND BY RELEASE ("RELEASORS"):**
   All Plaintiffs and claimants are individually and collectively for convenience hereinafter referred to as "Releasors".

2. **PARTIES TO BE RELEASED:**
   This release covers the following defendants: Minnesota Mining & Manufacturing Company (3M) and Henkel Corporation (hereinafter referred to as "Releasees"). These settlements and distribution times have been approved by a court order.

3. **PRELIMINARY FACTS:**
   The underlying facts giving rise to this "Release" involved the alleged exposure of Plaintiffs, Plaintiffs' decedents and claimants to various chemicals and other alleged toxic substances in the work place while employed at LOCKHEED facilities located in Southern California. "Releasors" have alleged and do contend that as a result of such exposure that they have suffered general and special damages for which actions and claims are presently pending.

4. **TERMS OF SETTLEMENT:**
   (a)  Releasees have agreed to pay to the Releasors appropriate compensation. The total sum has been revealed to the Court and a good faith determination of the settlement has been signed, or will be signed, by the Court. Releasees have agreed to pay in settlement for all personal injury and wrongful death claims, loss of consortium claims and potential wrongful death claims resulting from this occurrence.
   (b)  By the execution hereof, it is understood that the gross amounts of settlements by releasees are being divided amongst all of the Lockheed workers represented by Girardi and Keese and the Law Offices of Jeffrey C. McIntyre.

5. **TERMS AND CONDITIONS:**
   Releasors do hereby represent and warrant unto Releasees, as follows:
   (a)  Releasors understand that liability in these cases are disputed and this agreement is a good faith compromise and settlement of disputed claims and the payment made hereunder shall not be construed in any way whatsoever as an admission of liability on the part of Releasees.
   (b)  That Releasors are the sole owners of all claims arising from the alleged chemical exposures set forth in their Complaints, which are listed in the attached Exhibit "A".
   (c)  Releasors hereby release and forever discharge the Releasees from any and all claims, demands, actions or causes of action known, suspected or unsuspected, including all injuries, damages or death arising out of or in any way connected to or resulting from the subject occurrences referred to in paragraph 3, above, including the full and complete discharge from and waiver of any potential future wrongful death claim arising out of or in any way connected with or inhalation of any chemical or product made, sold and distributed by Releasees and including any claim for loss of consortium from any Releasor's spouse.
   (d)  Releasors hereby represent and warrant that they will not at any time hereafter commence, maintain or prosecute any action at law or otherwise or assert any claims against Releasees for any damages, injuries or losses of any kind or amount arising out of or in any way connected to or resulting from the subject occurrences referred to in paragraph 3 above. Releasors hereby waive all rights and benefits that may now have or in the future may have under the terms of Section 1542 of the Civil Code of the State of California.

   > "A general release does not extend to
   > claims which the creditor does not know
   > or suspect to exist in his favor at the
   > time of executing the Release, which if
   > known by him must have materially affected
   > his settlement with the debtor."

   (e)  Releasors hereby represent and warrant that they shall defend, hold harmless and fully indemnify Releasees from any and all claims or demands of subrogation from any medical, legal, or any and all government, public or private compensation lien, excluding any worker's Compensation lien or Complaint-in-intervention, asserted by any person or entity that has furnished, supplied and/or paid or will furnish, supply and/or pay benefits, value, or any form of compensation to or for the Releasors or Releasors' descendants or their spouses for any claimed expense, detriment or damages arising out of or in any way connected to or resulting from the subject occurrences referred to in paragraph 3 above.

(f) Releasors shall abandon and shall cause to be dismissed with prejudice, as to Releasees, all causes of action arising from the incidents referred to in paragraphs 3 (a), including those matters listed in Exhibit "A.

(g) Releasors represent and warrant that the terms of this "Release" are contractual and not a mere recital, and constitute the entire understanding and agreement between Releasors and Releasees.

(h) Releasors and Releasees shall each bear their own costs and attorneys' fees relating to the matters listed in Exhibit "A" attached hereto and Releasors shall cause to be abandoned and dismissed with prejudice as to Releasees all actions and claims listed in Exhibit "A" attached hereto.

(i) Releasors understand that by signing this Release Releasors will have the ability to participate in the settlement with Releasees. The signing of this release is a necessary condition to entering into settlement with Releasees. The Releasors understand that a settlement pool will be divided by the judges appointed by the trial judge. The Releasors have the right to have a hearing before the judges. If the Releasors desire, the Releasor may consult with an attorney before signing this agreement.

Dated: February 22, 1998

PAUL G. KRANICH
PLEASE PRINT NAME HERE

_Paul G. Kranich_
SIGNATURE

F:\complex\91142\nogroup\3mHenkel release

EXHIBIT "A"

| Name | Number |
|---|---|
| Orozco | NCC 30559B |
| Wilson | NCC 31171B |
| Rogers | NCC 31148B |
| Osuna | NCC 31172B |
| Ater | NCC 41157B |
| Jenson | NCC 40382B |
| E. Taylor | C 728 880 |
| Alvarez | NCC 37769B |
| Strong | NCC 40593 |
| Love | NCC 40607 |
| Glassco | NCC 40594 |
| Paige | NCC 40592 |
| Lomeli | NCC 38168B |
| Kelleher | NCC 38296B |
| Botkin | NCC 39481B |
| Bryant | NCC 39484B |
| Card | NCC 39444B |
| Crooks | NCC 39478B |
| Fitzsimmons | NCC 38671B |
| Forsberg | NCC 39358B |
| Kosiba | NCC 39357B |
| Nesmith | NCC 38763B |
| Ramirez | NCC 39354B |
| Scalise | NCC 39356B |
| T. Taylor | NCC 39355B |
| Anderson | C 73474 |
| Bruton | EC 2848 |
| Greenman | NCC 41330 |
| Heckert | EC 2097 |
| Hernandez | NCC 40894 |
| Reyes | NCC 40892 |
| Rushing | NCC 39443 |
| Alcala | EC 4555 |
| Almon | EC 4545 |
| Aceituno | EC 4546 |
| Braud | EC 4554 |
| N. Anderson | EC 4547 |
| Collins | EC 4606 |
| D. Bryant | EC 4824 |
| Knox | EC 6385 |

EXHIBIT "A" CONT.

| | |
|---|---|
| Gonzales | EC 008001 |
| McQueen | EC 008002 |
| Oliver | EC 008003 |
| Macias | EC 008000 |
| Borquez | EC 008145 |
| Brown | BC 105985 |
| Cole | EC 008146 |
| Martin | EC 008034 |
| Snyder | EC 008143 |
| Soniega | EC 008142 |
| White | SCV 07169 |
| Williams | EC 008144 |
| Jones | NCC 44058 |
| Grant | BC 114870 |
| Espinosa | BC 156474 |
| Browne | BC 172929 |
| Cardinal | BC 172828 |
| Mitchell | BC 172416 |
| Rodriguez | BC 159733 |
| Lawrence | BC 159735 |
| Nestler | BC 129493 |
| Meshack | BC 153585 |
| Mitchell | BC 138381 |
| Gardoni | BC 142675 |