| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| GIRARDI \| KEESE<br>Robert W. Finnerty, State Bar No. 119775<br>James G. O'Callahan, State Bar No. 126975<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>(213) 977-0211 | | |
| ATTORNEY(S) FOR: Defendants | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL KRANICH<br><br>Plaintiff(s),<br>v.<br>THOMAS V. GIRARDI, ROBERT FINNERTY, GIRARDI - KEESE, and Does 10 through 100,<br>Defendant(s) | CASE NUMBER:<br>2:16-cv-01209-CAS (Ex) | |
| | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendants_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Paul Kranich | Plaintiff |
| Thomas V. Girardi | Defendant |
| Robert Finnerty | Defendant |
| Girardi - Keese | Defendant |

| | |
|---|---|
| March 29, 2016 | /s/ James G. O'Callahan |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

JAMES G. O'CALLAHAN

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904.

On March 29, 2016, I served true copies of the following document(s) described as **NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 29, 2016, at Los Angeles, California.

_____
Tracey Faust

**SERVICE LIST**

Peter R. Dion-Kindem, Esq.
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, PC.
21550 Oxnard Street, Suite 900
Woodland Hills, California  91367
**Attorneys for Plaintiff:  Paul Kranich**