EXHIBIT 2

GIRARDI AND KEESE
LAWYERS
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017-1904
213 • 977-0211

FAX: 213 • 481-1554

SAN BERNARDINO OFFICE
596 NORTH ARROWHEAD
SAN BERNARDINO, CALIFORNIA 92401-1288
714• 381-1551

FAX: 714 • 381-2566

July 7, 1992

TO ALL LOCKHEED CLIENTS

RE:  Lockheed Litigation

Dear Ladies and Gentlemen:

We have been in trial for the past several weeks in Department "4" of the Los Angeles Superior Court in front of the Honorable Barney Grover. We have not yet selected a jury because the trial so far has concerned itself with various legal issues. Jeff McIntyre, Brian Gonzalez, of our firm, and I represent your interests. The defendants interests are represented by forty-five different lawyers. There are so many lawyers in the courtroom that most of the spectator seats were taken out and replaced with tables for the lawyers. Despite the difference in numbers, the pre-trial proceedings have gone exceptionally well for us.

There have been several settlement conferences during the past several months. One settlement conference was held before the Honorable Harry Peetris and took most of a day. During the past three weeks Judge Grover appointed the Honorable Jack Goertzen to preside over a settlement conference. He had the opportunity to speak to all of the defendants, their representatives, their lawyers, their insurance carriers and even the general counsel of Lockheed.

During the course of these settlement conferences all of the facts and circumstances surrounding this litigation were fully discussed. Indeed the case against Lockheed is a difficult one. Under the law, any injury at work only permits the worker to seek a worker's compensation claim. He or she is not permitted to sue except under very special circumstances. The settlements for injuries before the Worker's Compensation Appeal Board are extremely modest. In some of the Lockheed cases the Board found no injury at all and in some the awards were in the $2,000.00 to $5,000.00 range.

GIRARDI AND KEESE

July 7, 1992
Page 2

Under the law, for us to win against Lockheed in court we have to show that each worker complained about his injury and that Lockheed knew of the injury and defrauded the worker. We are then only permitted to recover for the aggravation of the injury from the time Lockheed knew until the problem was corrected. As you can imagine, a determination of how much of an aggravation of an injury took place is extremely difficult to prove. Throughout the hearings Lockheed has relied upon a case brought by some employees of the Firestone Rubber Company. It was claimed that the workers were subjected to Benzene, which then caused cancer. The Court turned the workers, who had Leukemia, down. The Court stated that the workers did not show that their bone marrow disease was brought to Firestone's attention. The Firestone case is California law and controlling on our litigation.

We were also confronted with a problem involving national security. The Federal Government appeared in our case to restrict any testimony about the various chemical components, which in any way could reveal the nature of the compounds. Because of these obstacles, we were very pleased with the settlement against Lockheed, which was engineered in large part by the work of Justice Jack Goertzen.

Judge Barney Grover has appointed three judges to oversee a proper and fair distribution of the settlement proceeds. He has appointed Justice Jack Goertzen, since he was so familiar with the case. He has appointed Judge James Kolts, since Judge Kolts has handled most of the motions in this complex litigation. He has also appointed Judge Jack Tenner due to Judge Tenner's great familiarity with the effect of toxins on the body. The procedure for distribution is this. Any client may agree to accept the total sum of $37,500.00 for any and all claims he or she may have against Lockheed. After attorney fees this will mean that each person who agrees to this settlement will receive $25,000.00 The date of distribution for this settlement will be October 15, 1992.

In the alternative, each Lockheed worker who is part of this litigation will have the option of going before one of the three judges to have a trial so that his or her damages can be assessed. The Court may decide that the individual is entitled to as little as $15,000.00 or substantially more, depending upon the permanent injuries that the person has sustained. During this trial each worker's medical records will be before the Court and each person may testify as to his or her current complaints, their time at Lockheed, exposure, etc. We believe these hearings will start towards the end of September. Prior to the hearing we will have an individual

July 7, 1992
Page 3

conference to go over each person's testimony. We believe that for most of the workers, the $37,500.00 settlement is probably equitable. These funds will be tax free to you. Each person, however, must make an individual decision. Our trial, with respect to the remaining chemical manufacturers, is due to start again on August 3, 1992.

I know for the most of you this has been a very long road. I am happy to send you some good news. Distribution of the awards rendered by Judge Goertzen, Judge Tenner and Judge Kolts will take place on December 1st.

With kind regards,

*Brian Gonzalez*

GIRARDI & KEESE
AND TIMOTHY LARSON
By: Thomas V. Girardi and Brian Gonzalez

*Jeffrey C. McIntyre*

LAW OFFICES OF JEFFREY C. McINTYRE
By: Jeffrey C. McIntyre


TVG/tp
encls.

GIRARDI AND KEESE

July 7, 1992
Page 4


PLEASE CHECK ONE OF THE BOXES BELOW AND RETURN TO US

[X] I agree to settle any and all claims against Lockheed for the total sum of $37,500.00. I understand that after attorney fees I will receive $25,000.00, or;

[ ] I would prefer to have a trial before one of the three judges to determine the amount of my settlement. I understand that the minimum award that could be granted would be $15,000.00. After payment of legal fees I would receive a minimum of $10,000.00 or the sum of money, minus attorney fees, that the court awards.

DATED: AUG. 08, 1992            _____
                                PAUL G. KRANICH
                                15780-1 MIDWOOD DR.
                                GRANADA HILLS, CA. 91344
                                818·363·0024

P. KRANICH
15780-1 MIDWOOD
GRANADA HILLS
CA 91344

ATTN: BG

NO POSTAGE STAMP NECESSARY
POSTAGE HAS BEEN PAID BY

GIRARDI, KEESE AND CRANE
LAWYERS
1126 WILSHIRE BOULEVARD
LOS ANGELES CA 90017-1904



VAN NUYS CA 914 74
08 AUG PM 1992

RECEIVED
AUG 10 1992
GIRARDI, KEESE & CRANE