# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Kranich,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Thomas V. Girardi, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV16-01209 CAS (Ex)<br><br>**REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE** |

A Motion to Disqualify Judge Christina A. Snyder was filed on 4/11/16 (doc 12), within a Memorandum in Opposition to Notice of Motion and Motion to Dismiss (page 1 lines 1 thru 6).   Pursuant to General Order 14-03 and Local Rule 72-5, this portion of the document is referred to Judge R. Gary Klausner for determination.

Clerk, U. S. District Court

| | |
|---|---|
| 4/20/16<br>Date | By   Madelina Guerrero<br>      Deputy Clerk |

## FOR COURT USE ONLY

Ruling on prior motion(s):  ☐ Yes   ☒ No .  Refer to document number(s) _____

cc:   Judge Assigned to Case
      Judge Assigned to Determine Motion
      Counsel of Record

CV-54 (06/14)          **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE**