# Exhibit 9

JUDGE JACK TENNER (RET.)
218 NORTH GLENROY PLACE
LOS ANGELES, CALIFORNIA 90049
TELEPHONE AND FAX 626.351.7655

December 14, 2000

Dear Lockheed Clients:

As you know, I have been appointed by the Superior Court to oversee all settlements in the Lockheed litigation. I have been involved in this process for almost a decade. During the years, I have had the opportunity to speak to many of you and I have had the opportunity to review many of the facts surrounding your employment at Lockheed. I have also had the opportunity to review the decision of the juries in the cases that have gone to trial so far.

A review of this litigation would be appropriate.

Initially, the attorneys were engaged to handle 625 cases (of that number, 120 cases have been resolved by trial). Every successful verdict was followed by lengthy and expensive appeals.

These claims, in one form or another, have been in the Superior Court for a period in excess of ten years.

In the above matter, approximately thirty corporations were initially brought into the litigation as defendants (3 defendants remain – Unocal, Exxon and Dupont).

In the above cases, certain rulings have been made by the Court of Appeals which place into extreme jeopardy the possibility of an award of punitive damages in the remaining cases.

The trial court has shown no interest in pushing these cases into an early trial, and so we do not know when the remaining cases will ever be submitted to a jury.

As you have been informed, any and all settlements, which you may have received, will be deducted from any future jury award that you might receive.

As you may be aware, settlements have been reached with the defendants Ashland and Shell and we hope to disburse this as soon as possible.

KC0315.DOC

1126 WILSHIRE BOULEVARD • LOS ANGELES, CALIFORNIA • 90017-1904
TELEPHONE: 213-977-0211 • FACSIMILE: 213-481-1554

**G | K**

December 14, 2000
Page 2 of 3

I have discussed your situation with your attorneys and they have authorized me to forward to you the following proposal for your consideration:

1. You may receive $20,000.00 (over and above the attorney fees and court cost) to settle any and all claims you may wish to assert in this litigation; or

2. You may receive $2,500.00 (free and clear of attorney fees and costs) and an allocation of $17,500.00 will be set aside for all costs necessary to try your case.

In the event those costs do not equal or exceed $17,500.00, you will receive a refund of the difference.

Enclosed herein is an authorization with which you may exercise your above choice. If you wish a personal meeting to discuss this matter further, I am prepared to arrange a meeting. Please return this authorization to Girardi and Keese.

Please keep in mind that this letter is a confidential communication and should not be made public.

Best regards to you and your family for your Holiday Seasons.

Yours truly,


HONORABLE JACK TENNER

With kind regards,

*[signature]*

F:\clients\91142\cor\KC0315.DOC

G | K

December 14, 2000
Page 3 of 3

# LOCKHEED

## AUTHORIZATION FORM

Please return this form to Girardi & Keese.

1. I would like to receive the entire $20,000.00 to settle any and all claims entered by me in this lawsuit.
YES __X__   NO _____

2. I would like the $2,500.00 right now and I understand that $17,500 will be allocated to future costs in order to prepare to try my case.
YES _____   NO __X__

3. I wish a personal meeting to discuss this matter with Judge Tenner.   YES _____   NO __X__

4. My day time phone number is _818 788 9072_

Dated:

_PAUL KRANICH_
Print Name

_Paul Kranich_
Signature

F:\clients\91142\cor\KC0315.DOC