UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL KRANICH,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>THOMAS V. GIRARDI; et al.,<br><br>    Defendants - Appellees. | No. 16-56164<br><br>D.C. No. 2:16-cv-01209-CAS-E<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered April 27, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT

                                              By: Rhonda Roberts
                                              Deputy Clerk
                                              Ninth Circuit Rule 27-7